UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALVIN L. CARTLEDGE,<br>　　　　　　Plaintiff(s),<br>　v.<br>CITY OF ARLINGTON, et al.,<br>　　　　　　Defendant(s). | CASE NO. C25-0573-KKE<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

　　　　On July 22, 2025, the Court dismissed Plaintiff Calvin Cartledge's complaint without prejudice and ordered Cartledge to file an amended complaint by August 21, 2025. Dkt. No. 5 at 3. The Court warned that the "action may be dismissed for failure to prosecute and failure to obey the Court's order." *Id.* Despite the Court's order, Cartledge failed to timely file an amended complaint. Under Federal Rule of Civil Procedure 41(b), courts have discretion to dismiss a case "[i]f the plaintiff fails to prosecute or comply with … a court order." Fed. R. Civ. P. 41(b). Courts may, on their own motion, dismiss a case for failure to prosecute. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–30 (1962). Because Cartledge failed to comply with the Court's order, the Court dismisses the case without prejudice pursuant to Fed. R. Civ. P. 41(b).

　　　　Dated this 27th day of August, 2025.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kymberly K. Evanson*
　　　　　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge